IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 02-cv-02452-PAC-CBS

ABC PRINT AND FRAME, LTD., d/b/a/ ABC MOULDING,

    Plaintiff(s),

v.

FRAMING PRODUCTIONS, INC., d/b/a EMPIRE MOULDING, et al.,

    Defendant(s).

_____

**ORDER**
_____

IT IS HEREBY **ORDERED** that the Order to Show Cause [filed October 21, 2005; Doc. No. 57] is discharged.

IT IS **FURTHER ORDERED** that defendant Michael Simpson is dismissed with prejudice.

        By the Court:

        s/Patricia A. Coan
        Patricia A. Coan
        United States Magistrate Judge